# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

150380 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LEWIS HARRIS,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150380
COA: 322825
Wayne CC: 06-000456-FC

_____/

On order of the Court, the motion to modify the application is GRANTED. The application for leave to appeal the September 15, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015

_____
Clerk

p0720